1 SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
2 **DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
3 CHICO, CA. 95926
Telephone: (530) 895-3252
4 Facsimile: (530) 894-8244

5 Attorneys for Plaintiff

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT

11 ROBERT DODSON,                           ) No. CIV.S 06-02263-LKK-DAD
                                            )
12     Plaintiff,                           )
                                            ) **REQUEST FOR DISMISSAL**
13     vs.                                  )
                                            ) **AND ORDER THEREON**
14                                          )
   99 CENTS ONLY STORES; NT                 )
15 STOCKTON INVESTMENTS, LLC,               )
                                            )
16     Defendants.                          )

Dodson v. 99 Cents Only Stores, et al                                    Request for
Dismissal
CIV.S-06-02263-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com

1  TO THE COURT AND ALL PARTIES:

2      Plaintiff, ROBERT DODSON, requests the Court dismiss the above

3  entitled action, with prejudice, as to all Defendants.

6  Dated: December 7, 2006        LAW OFFICES OF LYNN HUBBARD, III

8           /s/ Lynn Hubbard, III
           LYNN HUBBARD, III
9          Attorney for Plaintiff

11 Dated: December 11, 2006       IT IS SO ORDERED

                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT

Dodson v. 99 Cents Only Stores, et al                    Request for
Dismissal
CIV.S-06-02263-LKK-DAD

PDF created with pdfFactory trial version www.pdffactory.com